

**SEALED**

**FILED**
AUG 16 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MCGREGOR SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE ALVAREZ-VALLE,<br>JUAN AGUSTIN-SANTIAGO,<br>EPIFANIO RAYMUNDO HERNANDEZ-REYES, and<br>ARTEMIO FAUSTINO SANTIAGO-TAPIA,<br><br>Defendants | CASE NO. 1:18 MJ 0 0 1 4 0 EPG<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

Having examined the Affidavit in Support of Criminal Complaint, in the above-captioned case, and good cause having been shown,

IT IS HEREBY ORDERED that the Affidavit in Support of Criminal Complaint, and associated documents, and this Order will remained sealed until further order of this Court.

DATED: August 16, 2018

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER

1